NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EARL L. BULLETT,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-1903
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )


Opinion filed March 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

Earl L. Bullett, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.